# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KENNETH M. REYNOLDS,** on behalf of himself and all others similarly situated, | **8:15CV168** |
| Plaintiff, | |
| vs. | **ORDER** |
| **CREDIT BUREAU SERVICES, INC.** and **C. J. TIGHE,** | |
| Defendants. | |

This matter is before the court following a settlement conference with counsel for the parties, the plaintiff, Kenneth M. Reynolds, and the defendant, C.J. Tighe.  The parties reached a tentative settlement agreement.  The parties will file a final settlement agreement, under access restricted to court staff and counsel of record, **on or before August 26, 2015**.  All pending deadlines in this proceeding are stayed.

**IT IS SO ORDERED**.

Dated this 12th day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge